AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia ▾

Truist Bank, a North Carolina banking corporation,

)
)
)
)
)

*Plaintiff(s)*

v.

Aspen Heights Holdings, LLC, a Texas limited liability
company and Aspen Topco II, LLC, a Delaware
limited liability company,

)
)
)
)
)
)
)

Civil Action No.  1:24-cv-0077

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Aspen Heights Holdings, LLC, a Texas limited liability company
c/o Greg Henry, Registered Agent
1301 S. Capital of Texas Highway, Suite B201
Austin, Texas 78746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ron C. Bingham, II, Esq.
John A. Thomson, Jr., Esq.
Adams and Reese LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



KEVIN P. WEIMER
*CLERK OF COURT*

Date:     01/05/2024

s/Stephanie Wilson-Bynum

*Signature of Clerk or Deputy Clerk*